# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 27, 2026

Lyle W. Cayce
Clerk

————————

No. 25-40381
Summary Calendar

————————

United States of America,

*Plaintiff—Appellee*,

*versus*

Wilfrido Castaneda Angulo,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:20-CR-139-1

_____

Before Richman, Southwick, and Willett, *Circuit Judges*.

Per Curiam:*

The attorney appointed to represent Wilfrido Castaneda Angulo has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Castaneda Angulo has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected

_____

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-40381

therein.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.